

**IT IS ORDERED as set forth below:**

**Date: May 12, 2022**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER JAMES EASON | ) | CASE NO. 22-20261-jrs |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER ON MOTION FOR ORDER REQUIRING DEBTOR TO PRODUCE**
**DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY**
**PROCEDURE 2004**

The Motion of Westbrook Atlanta, LLC (the "Movant") for an order pursuant to Federal

Rule of Bankruptcy Procedure 2004 to take discovery, filed herein on May 4, 2022 (Docket No.

29) (the "Motion"), having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is, granted as follows:

Christopher James Eason ("Debtor"), shall timely respond to the document requests made by the

Movant in accordance with Fed.R.Bankr.P. 2004(c), on or before June 8, 2022, or such other

mutually agreed upon date, time, and place; Debtor may assert written objections in good faith to

the requests as if such requests had been served pursuant to Fed.R.Bankr.P. 7034, and shall produce

2092681

to the Movant on or before June 8, 2022, all responsive documents that are not subject to a valid timely asserted objection; and it is further

**ORDERED** that if attendance, if applicable, and production of designated documents in connection with said examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed.R.Bankr.P. 2004(c) in the manner provided in Fed.R.Bankr.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45; it is further

**ORDERED** that the Clerk is directed to serve a copy of this Order upon counsel for the Debtor, counsel for the Movant, and the Office of the United States Trustee.

[END OF DOCUMENT]

2092681

**Prepared and presented by:**

**COHEN POLLOCK MERLIN TURNER, P.C.**
ATTORNEYS FOR WESTBROOK ATLANTA, LLC

By: ___/s/ Bruce Z. Walker_____
      Bruce Z. Walker
      Georgia Bar No.: 731260

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(P) 770-857-4770
(F) 770-857-4771
bwalker@cpmtlaw.com

*2092681*

## DISTRIBUTION LIST

Will Geer, Esq.
Wiggam & Geer, LLC
50 Hurt Plaza
Suite 1150
Atlanta, Georgia 30303

David S. Weidenbaum, Esq.
Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Albert F. Nasuti, Esq.
Thompson, O'Brien, Kappler & Nasuti, PC
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

*2092681*